

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HAWAII-PACIFIC APPAREL GROUP, INC. <br> 3037 Vail Avenue <br> Los Angeles, California 90040 <br><br> Plaintiff, <br><br> vs. <br><br> CLEVELAND BROWNS FOOTBALL COMPANY, LLC <br> 76 Lou Groza Boulevard <br> Berea, Ohio 44017 <br><br> and <br><br> NATIONAL FOOTBALL LEAGUE PROPERTIES, INC. <br> 280 Park Avenue <br> New York, New York 10017 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br><br> RULE 7.1 <br> STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Hawaii-Pacific Apparel Group, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: October 4, 2004        Respectfully submitted,

Hawaii-Pacific Apparel Group, Inc.

By: *Christine Karol Roberts*
Christine Karol Roberts CR 0669
Law Offices of Christine Karol Roberts
1109 West Twenty-First Street
Floral Park, CA 92706
Telephone: (714) 479-0024
Facsimile: (714) 479-0025
E-mail: ckroberts@aol.com

And

By: *J R*
Jay R. Butterman JRB 8239
Butterman & Kahn
45 Madison Avenue - 17th Floor
New York, NY 10017
Telephone: (212) 308-7697
Facsimile: (212) 223-4209


Attorneys for Plaintiff