AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HAWAII-PACIFIC APPAREL GROUP,

v.

CLEVELAND BROWNS FOOTBALL

APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| October 4, 2004 | Signature |
| Date | |
| | Jay R. Butterman    JRB8239 |
| | Print Name    Bar Number |
| | Butterman Kahn, LLP, 415 Madison Avenue |
| | Address |
| | New York    New York    10017 |
| | City    State    Zip Code |
| | (212) 308-7697    (212) 223-4209 |
| | Phone Number    Fax Number |