UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



JUDGE CHIN

| | | |
|---|---|---|
| HAWAII-PACIFIC APPAREL GROUP, INC.<br>3037 Vail Avenue<br>Los Angeles, California 90040 | ) | No. _____ |
| | ) 04 CV 7863 | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLEVELAND BROWNS FOOTBALL<br>COMPANY, LLC<br>76 Lou Groza Boulevard<br>Berea, Ohio 44017 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NATIONAL FOOTBALL LEAGUE<br>PROPERTIES, INC.<br>280 Park Avenue<br>New York, New York 10017 | ) | |
| | ) | |
| Defendants. | ) | |

APPLICATION TO APPEAR PRO HAC VICE

I, CHRISTINE KAROL ROBERTS, declare as follows:

1.    My office address is 1109 West Twenty-first Street, Floral Park, California

92706.  My telephone number is (714) 479-0024; my fax number is (714) 479-0025.

2.    I am a member in good standing of the California and Texas Bars, and I have

been admitted to practice in the following courts: the United States Supreme Court, the

United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for

1

Dockets.Justia.com

the Sixth Circuit, the United States District Court for the Central District of California, the

United States District Court for the Northern District of Texas, and the United States District

Court for the Northern District of Ohio.

      3.    I have never been the subject of a disciplinary proceeding before any court or

administrative body.

      4.    My application to appear *pro hac vice* before this Court was previously

granted, and I appeared in the matters of *Major League Baseball Players Ass'n v. Dad's Kid*

*Corp. 806 F.2d 458 (S.D.N.Y. 1992); World Boxing Council v. Cosell*, 715 F. Supp. 1259

(S.D.N.Y. 1989); and *World Boxing Council v. Duva.*

      5.    I certify that I have read and am familiar with the Local Rules of this District

and the Federal Rules of Civil Procedure.

    WHEREFORE, CHRISTINE KAROL ROBERTS asks this Court to grant this

application to appear *pro hac vice* and allow her to appear before the Court until the

conclusion of the case.

Christine Karol Roberts CR 0669
LAW OFFICES OF
CHRISTINE KAROL ROBERTS
1109 West Twenty-first Street
Floral Park, CA 92706
Telephone: (714) 479-0024
Facsimile: (714) 479-0025

**VERIFICATION**

I am the applicant in this matter. I have read the above application, and the matters stated in it are true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.


Dated: 9-27-04

Floral Park, California

Christine Karol Roberts

3

**THE
STATE BAR
OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 28, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTINE KAROL
ROBERTS was admitted to the practice of law in this state by the Supreme Court of
California on December 16, 1991; and has been since that date, and is at date hereof,
an ACTIVE member of the State Bar of California; and that no recommendation for
discipline for professional or other misconduct has ever been made by the Board of
Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records