

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE CHIN

| | | |
|---|---|---|
| HAWAII-PACIFIC APPAREL GROUP, INC.<br>3037 Vail Avenue<br>Los Angeles, California 90040 | )<br>)<br>) | No. _____<br>04 CV 7863 |
| Plaintiff, | ) | |
| vs. | ) | |
| CLEVELAND BROWNS FOOTBALL<br>COMPANY, LLC<br>76 Lou Groza Boulevard<br>Berea, Ohio 44017 | )<br>)<br>)<br>) | |
| and | ) | |
| NATIONAL FOOTBALL LEAGUE<br>PROPERTIES, INC.<br>280 Park Avenue<br>New York, New York 10017 | )<br>)<br>)<br>) | |
| Defendants. | ) | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct. 29, 2004

## APPLICATION TO APPEAR PRO HAC VICE

I, CHRISTINE KAROL ROBERTS, declare as follows:

1.   My office address is 1109 West Twenty-first Street, Floral Park, California 92706. My telephone number is (714) 479-0024; my fax number is (714) 479-0025.

2.   I am a member in good standing of the California and Texas Bars, and I have been admitted to practice in the following courts: the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for

1

*Application GRANTED, subject to the payment of the applicable fee. SO ORDERED.*

*[signature]*
*DC*
*10/29/04*

the Sixth Circuit, the United States District Court for the Central District of California, the United States District Court for the Northern District of Texas, and the United States District Court for the Northern District of Ohio.

3. I have never been the subject of a disciplinary proceeding before any court or administrative body.

4. My application to appear *pro hac vice* before this Court was previously granted, and I appeared in the matters of *Major League Baseball Players Ass'n v. Dad's Kid Corp.* 806 F.2d 458 (S.D.N.Y. 1992); *World Boxing Council v. Cosell*, 715 F. Supp. 1259 (S.D.N.Y. 1989); and *World Boxing Council v. Duva*.

5. I certify that I have read and am familiar with the Local Rules of this District and the Federal Rules of Civil Procedure.

WHEREFORE, CHRISTINE KAROL ROBERTS asks this Court to grant this application to appear *pro hac vice* and allow her to appear before the Court until the conclusion of the case.

Christine Karol Roberts CR 0669
LAW OFFICES OF
CHRISTINE KAROL ROBERTS
1109 West Twenty-first Street
Floral Park, CA 92706
Telephone: (714) 479-0024
Facsimile: (714) 479-0025

## VERIFICATION

I am the applicant in this matter. I have read the above application, and the matters stated in it are true of my own knowledge. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: 9-27-04
Floral Park, California

Christine Karol Roberts

3



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 28, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CHRISTINE KAROL ROBERTS was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records