UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWAII-PACIFIC APPAREL GROUP, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> -against- <br><br> CLEVELAND BROWNS FOOTBALL COMPANY LLC and NATIONAL FOOTBALL LEAGUE PROPERTIES, INC., <br><br> Defendants/Counterclaim Plaintiffs. | Case No.: 04 CV 7863 (DC) <br><br> Judge: The Honorable Denny Chin <br><br> **NFL PROPERTIES LLC'S DISCLOSURE STATEMENT** |

NFL Properties LLC, as successor-in-interest to Defendant/Counterclaim Plaintiff National Football League Properties, Inc., by its attorneys White & Case LLP, hereby discloses pursuant to Federal Rule of Civil Procedure 7.1 that no parent corporation or publicly held corporation owns ten percent or more of its stock.

Dated:  New York, New York
        December 3, 2004

_____
Robert L. Raskopf (RR-5022)
Jennifer J. Millones (JJ-3470)
Jessica A. Rose (JR-4300)
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

ATTORNEYS FOR
DEFENDANTS/COUNTERCLAIM
PLAINTIFFS

NEWYORK 4460016 (2K)

Dockets.Justia.com