Exhibit A

RECYCLED

Dockets.Justia.com

# FAY, SHARPE, BEALL, FAGAN, MINNICH & McKEE, LLP

PATENT TRADEMARK AND COPYRIGHT LAW

1100 SUPERIOR AVENUE

SEVENTH FLOOR

CLEVELAND, OHIO 44114-2518

TELEPHONE (216) 861-5582

FAX (216) 241-1666

E-MAIL: fsb@faysharpe.com

WASHINGTON OFFICE
ALEXANDRIA, VIRGINIA 22301

MARK E. BANDY
THOMAS E. BEALL, JR.*
JOSEPH D. DREHER
CHRISTOPHER B. FAGAN
MICHAEL E. HUDZINSKI
RICHARD M. KLEIN
THOMAS E. KOCOVSKY, JR.
SHRINATH MALUR*
JOHN R. MATTINGLY*
SCOTT A. McCOLLISTER
JAMES W. McKEE

RICHARD J. MINNICH
JAY F. MOLDOVANYI
PHILIP J. MOY, JR.
TIMOTHY E. NAUMAN
PATRICK R. ROCHE
ALBERT P. SHARPE, III
DANIEL J. STANGER*
MARK S. SVAT

SANDRA M. KOENIG
JUDE A. FRY

COLLEEN FLYNN GOSS
BRIAN E. KONDAS
STEVEN M. AUVIL
R. SCOTT SPEROFF
STEVEN M. HAAS
JOHN P. CORNELY
JAMES E. SCARBROUGH
ANN M. SKERRY, PH.D.
W. SCOTT HARDERS*
BRIAN G. BEMBENICK

OF COUNSEL
SUE ELLEN PHILLIPS
GENE W. STOCKMAN*
JOHN C. TIERNAN

REGISTERED PATENT AGENT
SCOTT W. BRICKNER
JEFFREY M. KETCHUM

*NOT ADMITTED IN OHIO

March 26, 1999

Assistant Commissioner for
 Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

    Re:  SUBMISSION OF TRADEMARK (ITU) APPLICATION
         Applicant: Cleveland Browns Football Company LLC
         Filed:  HEREWITH
         Trademark: DAWG POUND
         Our Ref. No.: CLV 5 004

Dear Sir:

        In  connection  with  the  above-identified  trademark
application, please apply the enclosed remittance in payment of the
application fee due the Patent and Trademark Office for seven (7)
classes of goods:

                    $1715.00

        The  Commissioner  is  hereby  authorized  to  charge  any
additional fees which may be required or to credit any overpayment
to Deposit Account No. 06-0308.

                    Respectfully submitted,

                    FAY, SHARPE, BEALL,
                    FAGAN, MINNICH & MCKEE

                    By _____
                       Jay F. Moldovanyi, Reg. No. 29,678
                       Attorney for Applicant

JFM/kan
Enclosures

"EXPRESS MAIL" Mailing Label Number_____EL054293452US_____

Date of Deposit_____March 26, 1999_____
I hereby certify that this paper or fee is being deposited with the
United States Postal Service "Express Mail Post Office to Addressee"
service under 37 CFR 1.10 on the date indicated above and is addressed
to the Assistant Commissioner for Trademarks, Box Applications, 2900
Crystal Drive, Arlington, VA 22202
_____
               Kathleen A. Nimrichter

APPLICATION FOR TRADEMARK REGISTRATION

PRINCIPAL REGISTER

Mark: DAWG POUND

Classes: 14, 16, 18, 21, 24, 25 and 28

Attorney Docket: CLV 5 004

TO THE ASSISTANT COMMISSIONER
FOR TRADEMARKS

APPLICANT: Cleveland Browns Football Company LLC
A corporation of the state of Delaware

BUSINESS ADDRESS: 76 Lou Groza Boulevard
Berea, Ohio 44017

The above-identified applicant requests registration of the trademark shown in the accompanying drawing for watches, clocks; jewelry, namely, costume jewelry, tie fasteners, chains, ankle bracelets, cuff links, tie clips, medallions; hat ornaments, collector plates, belt buckles, keychains, pins, coffee services of precious metal, candle sticks of precious metal, rings, charms and pendants in International Class 14;

paper goods and printed matter, namely, cardboard sunscreens, trading cards, bumper stickers, posters, stickers, decals, book marks, score books, score cards, printed paper signs, writing pads, note paper, note books, coloring books, preprinted agenda organizers, magazines featuring football game programs, books and booklets featuring football, autograph books, book covers, wall

calendars, desk calendars, playing cards, paper pennants, gift wrapping paper, paper gift wrap bows, paper gift and party bags, paper party decorations, paper coasters, paper flags, paper napkins, paper tablecloths, paper placemats, greeting cards, postcards, unmounted photographs, lithographs, paper door signs; photograph albums; scrapbooks; plastic football card holders and cases; football card albums; binders; stationery-type portfolios; stationery folders; metal bulletin boards; bank checks and checkbook covers; credit cards; office products, namely, paperweights, letter openers, paper clips, pens, pencils, markers, desk stands and holders for pens, pencils and ink, non-electric erasers, pencil sharpeners, drafting and drawing rulers; aquariums; preprinted football contracts; commemorative stamps; facial tissue and toilet tissue; temporary tattoos; wallpaper and wallpaper borders and decorative pencil top ornaments in International Class 16;

luggage; book bags; duffel bags; fanny packs; roll bags; school bags; school book bags; tote bags; backpacks; wallets; luggage tags; umbrellas; felt and drawstring pouches; waist packs; purses; leather goods, namely, key fobs; wrist mounted purses in International Class 18;

housewares, namely, mugs, plates, bowls, lunch boxes, lunch pails, vacuum flasks, thermal insulated containers for food and beverage, drinking glasses and cups, paper cups, plastic cups, paper plates, paper bowls, hair combs, hair brushes, electric and non-electric toothbrushes, non-metal decorative boxes, serving

trays not of precious metal, decanters, pitchers, figures, figurines, sculptures, and statuettes made of terra cotta, earthenware, glass, porcelain, resin, crystal and china, wastepaper baskets, soap dishes, toothbrush holders, china ornaments, wind chimes, plastic coasters, cocktail picks, comb cases, commemorative plates, cookie cutters, cosmetic brushes, corkscrews, soap dishes, dispensers for liquid soap, drinking flasks, toothpick holders, pepper mills, pastry molds, pudding molds, powder puffs, salt shakers, all purpose portable household containers; back scratchers, cookie jars, drinking steins, shot glasses, sports bottles sold empty, non-metal coin banks, flasks, children's dinnerware, candlesticks not of precious metal, coffee services not of precious metal in International Class 21;

textile goods, namely, bath linen, cloth flags, curtain fabric, curtains, draperies, duvet covers, quilt covers, quilts, towels, beach quilts, beach towels, table cloths not of paper, table linens, place mats, unfitted fabric furniture covers, upholstery fabric, handkerchiefs, bedding, namely, bed linen, sheets, pillowcases, comforters, bedspreads, blankets, pillow shams, mattress pads, cloth mattress ticking, dust ruffles, duvets, cotton fabric, polyester fabric, cotton and polyester fabric blends, cotton and rayon fabric blends, polyester and rayon fabric blends, cotton/polyester/rayon fabric blends, upholstery fabric, oven mitts, crib bumpers, tapestries of textile, textile wall hangings, and fabric bath mats, shower curtains, textile napkins, pot holders, fabric bath mats, curtain panels and fabric valances

-3-

in International Class 24;

men's, women's and children's clothing, namely, shorts, formal wear, dresses, skirts, jogging suits, warm-up suits, underwear, jackets, sweaters, vests, pants, ponchos, visors, bodysuits, rainwear, hats, caps, overalls, cloth bibs, infant diaper covers, cloth diaper sets with undershirt and diaper cover, jumpers, rompers, uniforms, uniform jerseys, wind-resistant jackets, baby booties, short sets, leotards, unitards, ties, bowties, neckties, belts, suspenders, cummerbunds, pajamas, nightshirts, nightgowns, sweatpants, mittens, gloves, earmuffs, scarves, footwear, thongs, hosiery, socks, swimwear, tank tops, crop tops, wristbands, headbands, robes, shoes, slippers, chef's hats, aprons, clothing wrap, sliding girdles, leg warmers, swimwear, berets, bandannas, shoe laces and money belts in International Class 25;

toys and sporting goods, namely, footballs, football helmets, football pads, football tees, arm guards for athletic use, leg guards for athletic use, basketball backboards, bowling bags, bowling balls, basket balls, playground balls, baseballs, rubber action balls, tennis balls, stuffed toy animals, puppets, bendable toy figurines, toy bakeware and cookware, balloons, piggy banks, bean bags, billiard game playing equipment, kites, marbles, checker sets, chess sets, dart boards and parts thereof, toy trucks, toy mobiles, jigsaw puzzles, manipulative and three dimensional puzzles, toy snow gloves, yo-yos, game cartridges, chest protectors for sports, Christmas tree ornaments, toy figures, toy construction blocks, dolls and doll accessories, athletic supporters, dice,

-4-

computer game programs, hand held video and electronic games, manually operated exercise equipment, fishing tackle, fishing rods, swim floats for recreational use, board games, party favors in the nature of noise makers and party hats, coin operated pinball machines, skateboards, playground slides, surfboards, snowboards, snow sleds for recreational use, exercise trampolines, flying disks, autographed footballs, inflatable goal posts, decorative wind socks, toy snow globes, golf club head covers, golf club bags, golf clubs and golf balls in International Class 28 and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Trademark Act of July 5, 1946.

Applicant has a bona fide intention to use the mark in interstate commerce (under 15 U.S.C. §1051(b), as amended) on or in connection with the above-identified goods.

The mark is intended to be used in the following manner: on the goods or on labels for the goods and in other ways customary in the trade.

## POWER OF ATTORNEY

Applicant hereby appoints Jay F. Moldovanyi of the firm of Fay, Sharpe, Beall, Fagan, Minnich & McKee, 1100 Superior Avenue, Suite 700, Cleveland, Ohio 44114-2518, who may be reached at (216) 861-5582, who is a member of the Bar of the State of Ohio, as its attorney, with full power of substitution and revocation, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to

receive the Certificate of Registration.

## DECLARATION

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. 1051(b), he/she believes applicant is entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the above identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

CLEVELAND  BROWNS  FOOTBALL  COMPANY
LLC

By _KOD_

Typed Name: _KOFIS BONNER_

Title: _VICE PRESIDENT, CHIEF ADMIN. OFFICER_

Date: __March 18, 1999__

-6-

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant                :    Cleveland Browns Football Company
                              LLC

Business Address         :    76 Lou Groza Boulevard
                              Berea, Ohio  44017

Classes                  :    14, 16, 18, 21, 24, 25 and 28

Goods                    :    watches, clocks; jewelry, namely,
                              costume jewelry, tie fasteners,
chains, ankle bracelets, cuff links, tie clips, medallions; hat
ornaments, collector plates, belt buckles, keychains, pins,
coffee services of precious metal, candle sticks of precious
metal, rings, charms and pendants in International Class 14;
        paper goods and printed matter, namely, cardboard
sunscreens, trading cards, bumper stickers, posters, stickers,
decals, book marks, score books, score cards, printed paper
signs, writing pads, note paper, note books, coloring books,
preprinted agenda organizers, magazines featuring football game
programs, books and booklets featuring football, autograph books,
book covers, wall calendars, desk calendars, playing cards, paper
pennants, gift wrapping paper, paper gift wrap bows, paper gift
and party bags, paper party decorations, paper coasters, paper
flags, paper napkins, paper tablecloths, paper placemats,
greeting cards, postcards, unmounted photographs, lithographs,
paper door signs; photograph albums; scrapbooks; plastic football
card holders and cases; football card albums; binders;
stationery-type portfolios; stationery folders; metal bulletin
boards; bank checks and checkbook covers; credit cards; office
products, namely, paperweights, letter openers, paper clips,
pens, pencils, markers, desk stands and holders for pens, pencils
and ink, non-electric erasers, pencil sharpeners, drafting and
drawing rulers; aquariums; preprinted football contracts;
commemorative stamps; facial tissue and toilet tissue; temporary
tattoos; wallpaper and wallpaper borders and decorative pencil
top ornaments in International Class 16;
        luggage; book bags; duffel bags; fanny packs; roll bags;
school bags; school book bags; tote bags; backpacks; wallets;
luggage tags; umbrellas; felt and drawstring pouches; waist
packs; purses; leather goods, namely, key fobs; wrist mounted
purses in International Class 18;
        housewares, namely, mugs, plates, bowls, lunch boxes, lunch
pails, vacuum flasks, thermal insulated containers for food and
beverage, drinking glasses and cups, paper cups, plastic cups,
paper plates, paper bowls, hair combs, hair brushes, electric and
non-electric toothbrushes, non-metal decorative boxes, serving

-7-

trays not of precious metal, decanters, pitchers, figures, figurines, sculptures, and statuettes made of terra cotta, earthenware, glass, porcelain, resin, crystal and china, wastepaper baskets, soap dishes, toothbrush holders, china ornaments, wind chimes, plastic coasters, cocktail picks, comb cases, commemorative plates, cookie cutters, cosmetic brushes, corkscrews, soap dishes, dispensers for liquid soap, drinking flasks, toothpick holders, pepper mills, pastry molds, pudding molds, powder puffs, salt shakers, all purpose portable household containers; back scratchers, cookie jars, drinking steins, shot glasses, sports bottles sold empty, non-metal coin banks, flasks, children's dinnerware, candlesticks not of precious metal, coffee services not of precious metal in International Class 21;

textile goods, namely, bath linen, cloth flags, curtain fabric, curtains, draperies, duvet covers, quilt covers, quilts, towels, beach quilts, beach towels, table cloths not of paper, table linens, place mats, unfitted fabric furniture covers, upholstery fabric, handkerchiefs, bedding, namely, bed linen, sheets, pillowcases, comforters, bedspreads, blankets, pillow shams, mattress pads, cloth mattress ticking, dust ruffles, duvets, cotton fabric, polyester fabric, cotton and polyester fabric blends, cotton and rayon fabric blends, polyester and rayon fabric blends, cotton/polyester/rayon fabric blends, upholstery fabric, oven mitts, crib bumpers, tapestries of textile, textile wall hangings, and fabric bath mats, shower curtains, textile napkins, pot holders, fabric bath mats, curtain panels and fabric valances in International Class 24;

men's, women's and children's clothing, namely, shorts, formal wear, dresses, skirts, jogging suits, warm-up suits, underwear, jackets, sweaters, vests, pants, ponchos, visors, bodysuits, rainwear, hats, caps, overalls, cloth bibs, infant diaper covers, cloth diaper sets with undershirt and diaper cover, jumpers, rompers, uniforms, uniform jerseys, wind-resistant jackets, baby booties, short sets, leotards, unitards, ties, bowties, neckties, belts, suspenders, cummerbunds, pajamas, nightshirts, nightgowns, sweatpants, mittens, gloves, earmuffs, scarves, footwear, thongs, hosiery, socks, swimwear, tank tops, crop tops, wristbands, headbands, robes, shoes, slippers, chef's hats, aprons, clothing wrap, sliding girdles, leg warmers, swimwear, berets, bandannas, shoe laces and money belts in International Class 25;

toys and sporting goods, namely, footballs, football helmets, football pads, football tees, arm guards for athletic use, leg guards for athletic use, basketball backboards, bowling bags, bowling balls, basket balls, playground balls, baseballs, rubber action balls, tennis balls, stuffed toy animals, puppets, bendable toy figurines, toy bakeware and cookware, balloons, piggy banks, bean bags, billiard game playing equipment, kites, marbles, checker sets, chess sets, dart boards and parts thereof, toy trucks, toy mobiles, jigsaw puzzles, manipulative and three dimensional puzzles, toy snow gloves, yo-yos, game cartridges, chest protectors for sports, Christmas tree ornaments, toy

-8-

COMBINED

figures, toy construction blocks, dolls and doll accessories, athletic supporters, dice, computer game programs, hand held video and electronic games, manually operated exercise equipment, fishing tackle, fishing rods, swim floats for recreational use, board games, party favors in the nature of noise makers and party hats, coin operated pinball machines, skateboards, playground slides, surfboards, snowboards, snow sleds for recreational use, exercise trampolines, flying disks, autographed footballs, inflatable goal posts, decorative wind socks, toy snow globes, golf club head covers, golf club bags, golf clubs and golf balls in International Class 28.

03-26-1999

3. Patent & TMOfc/TM Mail Rcpt Dt. #61



INT CLASS

| 14 | 16 |
|----|----|
| 18 | 21 | 24 |

INT CLASS

28  25

DAWG POUND

Attorney:   Jay F. Moldovanyi
            FAY, SHARPE, BEALL, FAGAN,
             MINNICH & MCKEE
            1100 Superior Avenue - Suite 700
            Cleveland, OH 44114-2518
            (216) 861-5582

TRADEMARK

75668612

FILING    ːEIPT FOR TRADEMARK APPLI    ːION                    Page 01 of 01

Jun 17, 1999

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below. The DATE OF FILING is contingent upon the collection of any payment made by check or draft. Your application will be considered in the order in which it was received and you will be notified as to the examination thereof. Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date. When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME, and MARK.

DAVID M. PROPER
NATIONAL FOOTBALL LEAGUE PROPERTIES, INC                **ATTORNEY**
280 PARK AVENUE                                         **REFERENCE NUMBER**
NEW YORK, NEW YORK 10017

---

### PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days to the following address:  ASSISTANT COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513. The correspondence should be marked to the attention of the Office of Trademark Program Control. The Patent and Trademark Office will review the request and make corrections when appropriate.

---

SERIAL NUMBER: 75/687368
FILING DATE:    Apr 20, 1999
REGISTER:       Principal
LAW OFFICE:     105
MARK:           DAWG POUND
MARK TYPE(S):   Service Mark
DRAWING TYPE:   Words, letters, or numbers and design
FILING BASIS:   Sect. 1(b) (Intent to Use)

---

ATTORNEY: David M. Proper

OWNER: Cleveland Browns Football Company, LLC (DELAWARE, LIMITED LIABILITY COMPANY)
        76 Lou Groza Boulevard
        Berea, OHIO 44017

---

FOR: education and entertainment services, namely, professional football games and
     exhibitions; providing sports and entertainment information via a global computer
     network or a commercial on-line service; organization of sports events;
     entertainment services, namely musical and dance performances provided during
     intervals at sports events, fan club services; arranging and conducting athletic
     competitions, physical education programs, production of radio and television
     programs, live shows and displays featuring football games, exhibitions and
     competitions
     INT. CLASS: 041
                    ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

---

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE EXAMINER OF TRADEMARKS

Application for Registration

Mark: **DAWG POUND AND DESIGN**

Class: (Int.) 41

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

Applicant:     Cleveland Browns Football Company, LLC
a limited liability company organized under the laws of
the State of Delaware

Address:     76 Lou Groza Boulevard
Berea, Ohio 44017

Dear Sir:

Applicant, a limited liability company organized under the laws of Delaware,

located at 76 Lou Groza Boulevard, Berea, Ohio 44017, requests registration of the above-

identified service mark, shown in the accompanying drawing, in the United States Patent and

Trademark Office on the Principal Register established by the Act of July 5, 1946 for the

following services:

**Int. Class 41:** education and entertainment services, namely, professional football games
and exhibitions; providing sports and entertainment information via
a global computer network or a commercial on-line service; organization
of sports events; entertainment services, namely musical and dance
performances provided during intervals at sports events, fan club services;
arranging and conducting athletic competitions, physical education
programs, production of radio and television programs, live shows and
displays featuring football games, exhibitions and competitions

Applicant has a *bona fide* intention to use the mark in commerce on or in connection with the above-identified services (in accordance with 15 U.S.C. 1051(b), as amended).

The mark will be used in connection with the services by placing it on advertising and promotional materials.

CARMEN A. POLICY, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified application or any registration resulting therefrom, declares: that he is President of the applicant and is properly authorized to execute this instrument on behalf of said limited liability company; that he believes applicant to be entitled to use in commerce the service mark sought to be registered, that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true.



# BROWNS.

Applicant hereby appoints as its attorneys Gary M. Gertzog, Paula M. Guibault and David M.

Proper, members of the Bar of the State of New York, with full power of substitution and

revocation, to prosecute this application to register, to transact all business in the Patent and

Trademark Office in connection therewith, and to receive the Certificate of Registration, and

hereby requests that all communications hereafter be addressed to its attorneys at their office

address as follows:    David M. Proper, National Football League Properties, Inc., 280 Park

Avenue, New York, New York 10017.

Cleveland Browns Football Company LLC

Dated: _4 - 9 - 99_         By: _____

Carmen A. Policy
President

**CLEVELAND BROWNS**
76 LOU GROZA BOULEVARD • BEREA, OHIO 44017
(440) 891-5000 • FAX (440) 891-5009
www.clevelandbrowns.com

C:\windows\TEMP\AppSignPage.doc

Cleveland Browns Football Company, LLC
76 Lou Groza Boulevard
Berea, Ohio 44017

Application is based on *bona fide* intention to use the mark in commerce (in accordance with 15 U.S.C. 1051(b), as amended).

**Int. Class 41:** education and entertainment services, namely, professional football games and exhibitions; providing sports and entertainment information via a global computer network or a commercial on-line service; organization of sports events; entertainment services, namely musical and dance performances provided during intervals at sports events, fan club services; arranging and conducting athletic competitions, physical education programs, production of radio and television programs, live shows and displays featuring football games, exhibitions and competitions



CERTIFICATE OF MAILING BY EXPRESS MAIL

APPLICATION FOR REGISTRATION

MARK: DAWG POUND AND DESIGN

Express Mail No: EH827332808US

Date of Deposit:       April 20, 1999

I hereby certify that the above-identified correspondence, with is attached, is being
deposited with the United States Postal Service "Express Mail Post Office to Addressee" service
under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner
for Trademarks BOX NEW APP  FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513

Kathleen O'Sullivan

FILING ᴄEIPT FOR TRADEMARK APPLIᴄ ᴛION                    Page 01 of 01

Jun 17, 1999

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below. The DATE OF FILING is contingent upon the collection of any payment made by check or draft. Your application will be considered in the order in which it was received and you will be notified as to the examination thereof. Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date. When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME, and MARK.

```
        DAVID M. PROPER
        NATIONAL FOOTBALL LEAGUE PROPERTIES, INC            ATTORNEY
        280 PARK AVENUE                                     REFERENCE NUMBER
        NEW YORK, NEW YORK 10017
```

---

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days to the following address: ASSISTANT COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513. The correspondence should be marked to the attention of the Office of Trademark Program Control. The Patent and Trademark Office will review the request and make corrections when appropriate.

```
    SERIAL NUMBER: 75/687369
    FILING DATE:   Apr 20, 1999
    REGISTER:      Principal
    LAW OFFICE:    106
    MARK:          DAWG POUND
    MARK TYPE(S):  Trademark
    DRAWING TYPE:  Words, letters, or numbers and design
    FILING BASIS:  Sect. 1(b) (Intent to Use)
```

---

ATTORNEY: David M. Proper

OWNER: Cleveland Browns Football Company, LLC (DELAWARE, LIMITED LIABILITY COMPANY)
       76 Lou Groza Boulevard
       Berea, OHIO  44017

---

FOR: toys and sporting goods, plush toys, stuffed animals, play figures, golf balls, golf bags, golf clubs, golf club covers, bowling balls, bowling bags, footballs, toy banks, board games relating to football, Christmas tree ornaments, decorative wind socks, balloons, jigsaw puzzles
INT. CLASS: 028

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE EXAMINER OF TRADEMARKS

Application for Registration

Mark: **DAWG POUND AND DESIGN**

Class: (Int.) 28

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

Applicant:   Cleveland Browns Football Company, LLC
             a limited liability company organized under the laws of
             Delaware

Address:     76 Lou Groza Boulevard
             Berea, Ohio 44017

Dear Sir:

Applicant, a limited liability company organized under the laws of Delaware,

located at 76 Lou Groza Boulevard, Berea, Ohio 44017, requests registration of the above-

identified trademark, shown in the accompanying drawing, in the United States Patent and

Trademark Office on the Principal Register established by the Act of July 5, 1946 for the

following goods:

**Int. Class 28:** toys and sporting goods, plush toys, stuffed animals, play figures, golf
balls, golf bags, golf clubs, golf club covers, bowling balls, bowling bags,
footballs, toy banks, board games relating to football, Christmas tree
ornaments, decorative wind socks, balloons, jigsaw puzzles

Applicant has a *bona fide* intention to use the mark in commerce on or in

connection with the above-identified goods (in accordance with 15 U.S.C. 1051(b), as amended).

The mark will be used in connection with the goods by placing it on the goods themselves, on labels or tags affixed to the goods, on the containers or packaging for the goods, or on displays associated with the goods.

CARMEN A. POLICY, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified application or any registration resulting therefrom, declares that he is President of the applicant and is properly authorized to execute this instrument on behalf of said limited liability company; that he believes applicant to be entitled to use in commerce the trademark sought to be registered, that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true.



# BROWNS.

Applicant hereby appoints as its attorneys Gary M. Gertzog, Paula M. Guibault and David M.

Proper, members of the Bar of the State of New York, with full power of substitution and

revocation, to prosecute this application to register, to transact all business in the Patent and

Trademark Office in connection therewith, and to receive the Certificate of Registration, and

hereby requests that all communications hereafter be addressed to its attorneys at their office

address as follows:    David M. Proper, National Football League Properties, Inc., 280 Park

Avenue, New York, New York 10017.

Cleveland Browns Football Company LLC

Dated: 4 – 9 – 99        By: _____

Carmen A. Policy
President

C:\windows\TEMP\AppSignPage.doc

Cleveland Browns Football Company, LLC
76 Lou Groza Boulevard
Berea, Ohio 44017

Application is based on *bona fide* intention to use the mark in commerce (in accordance with 15 U.S.C. 1051(b), as amended).

**Int. Class 28:**    toys and sporting goods, plush toys, stuffed animals, play figures, golf balls, golf bags, golf clubs, golf club covers, bowling balls, bowling bags, footballs, toy banks, board games relating to football, Christmas tree ornaments, decorative wind socks, balloons, jigsaw puzzles



CERTIFICATE OF MAILING BY EXPRESS MAIL

APPLICATION FOR REGISTRATION

MARK:  DAWG POUND AND DESIGN

Express Mail No: EH827332808US

Date of Deposit:        April 20, 1999

I hereby certify that the above-identified correspondence, with is attached, is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks BOX NEW APP  FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513

Kathleen O'Sullivan

FILING    CEIPT FOR TRADEMARK APPLI    ION                Page 01 of 01

Jun 17, 1999

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below. The DATE OF FILING is contingent upon the collection of any payment made by check or draft. Your application will be considered in the order in which it was received and will be notified as to the examination thereof. Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date. When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME, and MARK.

DAVID M. PROPER
NATIONAL FOOTBALL LEAGUE PROPERTIES, INC
280 PARK AVENUE
NEW YORK, NEW YORK 10017

**ATTORNEY
REFERENCE NUMBER**

**PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.**
A request for correction to the filing receipt should be submitted within 30 days to the following address: ASSISTANT COMMISSIONER FOR TRADEMARKS, 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513. The correspondence should be marked to the attention of the Office of Trademark Program Control. The Patent and Trademark Office will review the request and make corrections when appropriate.

SERIAL NUMBER: 75/687370
FILING DATE:   Apr 20, 1999
REGISTER:      Principal
LAW OFFICE:    108
MARK:          DAWG POUND
MARK TYPE(S):  Trademark
DRAWING TYPE:  Words, letters, or numbers and design
FILING BASIS:  Sect. 1(b) (Intent to Use)

ATTORNEY: David M. Proper

OWNER: Cleveland Browns Football Company, LLC (DELAWARE, LIMITED LIABILITY COMPANY)
       76 Lou Groza Boulevard
       Berea, OHIO  44017

FOR: men's, women's and children's clothing, namely, fleece tops and bottoms, caps, headwear, T-shirts, sweatshirts, shorts, tank tops, sweaters, pants, jackets, turtlenecks, jumpsuits, golf shirts, jerseys, wristbands, warn up suits, swimwear, wind resistant jackets, raincoats, parkas, ponchos, gloves, ties, suspenders, cloth bibs, sleepwear, namely, robes, night shirts and pajamas, gloves, mittens, knit hats and caps, scarves, aprons, headbands, ear muffs and underwear; footwear, namely, boots, sneakers and athletic shoes
INT. CLASS: 025
                    ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE EXAMINER OF TRADEMARKS

Application for Registration

Mark: **DAWG POUND AND DESIGN**

Class: (Int.) 25

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

| | |
|---|---|
| Applicant: | Cleveland Browns Football Company, LLC a limited liability company organized under the laws of Delaware |
| Address: | 76 Lou Groza Boulevard Berea, Ohio 44017 |

Dear Sir:

Applicant, a limited liability company organized under the laws of Delaware,

located at 76 Lou Groza Boulevard, Berea, Ohio 44017, requests registration of the above-

identified trademark, shown in the accompanying drawing, in the United States Patent and

Trademark Office on the Principal Register established by the Act of July 5, 1946 for the

following goods:

**Int. Class 25:** men's, women's and children's clothing, namely, fleece tops and bottoms, caps, headwear, T-shirts, sweatshirts, shorts, tank tops, sweaters, pants, jackets, turtlenecks, jumpsuits, golf shirts, jerseys, wristbands, warm up suits, swimwear, wind resistant jackets, raincoats, parkas, ponchos, gloves, ties, suspenders, cloth bibs, sleepwear, namely, robes, night shirts and pajamas, gloves, mittens, knit hats and caps, scarves, aprons, headbands, ear muffs and underwear; footwear, namely, boots, sneakers and athletic shoes

Applicant has a *bona fide* intention to use the mark in commerce on or in

connection with the above-identified goods (in accordance with 15 U.S.C. 1051(b), as amended).

The mark will be used in connection with the goods by placing it on the goods themselves, on labels or tags affixed to the goods, on the containers or packaging for the goods, or on displays associated with the goods.

CARMEN A. POLICY, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified application or any registration resulting therefrom, declares:     that he is President of the applicant and is properly authorized to execute this instrument on behalf of said limited liability company; that he believes applicant to be entitled to use in commerce the trademark sought to be registered, that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true.



# BROWNS.

Applicant hereby appoints as its attorneys Gary M. Gertzog, Paula M. Guibault and David M.

Proper, members of the Bar of the State of New York, with full power of substitution and

revocation, to prosecute this application to register, to transact all business in the Patent and

Trademark Office in connection therewith, and to receive the Certificate of Registration, and

hereby requests that all communications hereafter be addressed to its attorneys at their office

address as follows:    David M. Proper, National Football League Properties, Inc., 280 Park

Avenue, New York, New York 10017.

Cleveland Browns Football Company LLC

Dated: _4 – 9 – 99_    By: _____

Carmen A. Policy
President

C:\windows\TEMP\AppSignPage.doc

Cleveland Browns Football Company, LLC
76 Lou Groza Boulevard
Berea, Ohio 44017

Application is based on *bona fide* intention to use the mark in commerce (in accordance with 15 U.S.C. 1051(b), as amended).

**Int. Class 25:** men's, women's and children's clothing, namely, fleece tops and bottoms, caps, headwear, T-shirts, sweatshirts, shorts, tank tops, sweaters, pants, jackets, turtlenecks, jumpsuits, golf shirts, jerseys, wristbands, warm up suits, swimwear, wind resistant jackets, raincoats, parkas, ponchos, gloves, ties, suspenders, cloth bibs, sleepwear, namely, robes, night shirts and pajamas, gloves, mittens, knit hats and caps, scarves, aprons, headbands, ear muffs and underwear; footwear, namely, boots, sneakers and athletic shoes



CERTIFICATE OF MAILING BY EXPRESS MAIL

APPLICATION FOR REGISTRATION

MARK: DAWG POUND AND DESIGN

Express Mail No: EH827332808US

Date of Deposit:        April 20, 1999

I hereby certify that the above-identified correspondence, with is attached, is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks BOX NEW APP  FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513

Kathleen O'Sullivan

FILING  'CEIPT FOR TRADEMARK APPLI   rION

Page 01 of 01

Jun 17, 1999

Receipt on the DATE OF FILING of the application for registration and filing fees is acknowledged for the mark identified below.  The DATE OF FILING is contingent upon the collection of any payment made by check or draft.  Your application will be considered in the order in which it was received and you will be notified as to the examination thereof.  Action on the merits should be expected from the Patent and Trademark Office in approximately 06 months from the filing date.  When inquiring about this application, include the SERIAL NUMBER, DATE OF FILING, OWNER NAME, and MARK.

DAVID M. PROPER
NATIONAL FOOTBALL LEAGUE PROPERTIES, INC
280 PARK AVENUE
NEW YORK, NEW YORK 10017

**ATTORNEY
REFERENCE NUMBER**

---

## PLEASE REVIEW THE ACCURACY OF THE FILING RECEIPT DATA.

A request for correction to the filing receipt should be submitted within 30 days to the following address:  ASSISTANT COMMISSIONER FOR TRADEMARKS. 2900 CRYSTAL DRIVE, ARLINGTON, VIRGINIA 22202-3513.  The correspondence should be marked to the attention of the Office of Trademark Program Control.  The Patent and Trademark Office will review the request and make corrections when appropriate.

---

SERIAL NUMBER: 75/687371
FILING DATE:   Apr 20, 1999
REGISTER:      Principal
LAW OFFICE:    106
MARK:          DAWG POUND
MARK TYPE(S):  Trademark
DRAWING TYPE:  Words, letters, or numbers and design
FILING BASIS:  Sect. 1(b) (Intent to Use)

---

ATTORNEY: David M. Proper

OWNER: Cleveland Browns Football Company LLC (DELAWARE, LIMITED LIABILITY COMPANY)
        76 Lou Groza Boulevard
        Berea, OHIO  44017

---

FOR: posters, calendars, trading cards, books relating to football, magazines relating to football, newsletters relating to football, notepads, stickers, bumper stickers, pens and pencils, credit cards, note pads, paper pennants and greeting cards; tickets to sports games and events; non-magnetically coded prepaid phone cards, pens, pencils, pencil cases, rub on decorative transfers, note paper, pictorial prints, picture postcards, art pictures, stationery, envelopes, stationery-type portfolios, photo albums, scrapbook albums, ring binders, checkbook covers, tissue paper, wrapping paper, playing cards, paper table cloths, paper napkins, paper party hats, paper party invitations, paper gift cards; paper gift bags, paper gift boxes, collectible cards; collectible card and memorabilia holders, periodically issued souvenir programs for sports events
INT. CLASS: 016

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE EXAMINER OF TRADEMARKS

Application for Registration

Mark:  **DAWG POUND AND DESIGN**

Class:  (Int.) 16

TO THE COMMISSIONER OF PATENTS AND TRADEMARKS

Applicant:    Cleveland Browns Football Company LLC
a limited liability company organized under the laws of
Delaware

Address:    76 Lou Groza Boulevard
Berea, Ohio 44017

Dear Sir:

Applicant, a limited liability company organized under the laws of Delaware,

located at 76 Lou Groza Boulevard, Berea, Ohio 44017, requests registration of the above-

identified trademark, shown in the accompanying drawing, in the United States Patent and

Trademark Office on the Principal Register established by the Act of July 5, 1946 for the

following goods:

**Int. Class 16:** posters, calendars, trading cards, books relating to football,
magazines relating to football, newsletters relating to football,
notepads, stickers, bumper stickers, pens and pencils, credit cards, note
pads, paper pennants and greeting cards; tickets to sports games and
events; non-magnetically coded prepaid phone cards, pens, pencils, pencil
cases, rub on decorative transfers, note paper, pictorial prints, picture
postcards, art pictures, stationery, envelopes, stationery-type portfolios,
photo albums, scrapbook albums, ring binders, checkbook covers, tissue
paper, wrapping paper,  playing cards, paper table cloths, paper napkins,
paper party hats, paper party invitations, paper gift cards; paper gift bags,
paper gift boxes, collectible cards; collectible card and memorabilia
holders, periodically issued souvenir programs for sports events

Applicant has a *bona fide* intention to use the mark in commerce on or in connection with the above-identified goods (in accordance with 15 U.S.C. 1051(b), as amended).

The mark will be used in connection with the goods by placing it on the goods themselves, on labels or tags affixed to the goods, on the containers or packaging for the goods, or on displays associated with the goods.

CARMEN A. POLICY, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the above-identified application or any registration resulting therefrom, declares: that he is President of the applicant and is properly authorized to execute this instrument on behalf of said limited liability company; that he believes applicant to be entitled to use in commerce the trademark sought to be registered, that to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true.



# BROWNS.

Applicant hereby appoints as its attorneys Gary M. Gertzog, Paula M. Guibault and David M.

Proper, members of the Bar of the State of New York, with full power of substitution and

revocation, to prosecute this application to register, to transact all business in the Patent and

Trademark Office in connection therewith, and to receive the Certificate of Registration, and

hereby requests that all communications hereafter be addressed to its attorneys at their office

address as follows:    David M. Proper, National Football League Properties, Inc., 280 Park

Avenue, New York, New York 10017.


Cleveland Browns Football Company LLC

Dated: _4 - 9 -99_    By: _____

Carmen A. Policy
President


**CLEVELAND BROWNS**
76 LOU GROZA BOULEVARD  •  BEREA, OHIO 44017
(440) 891-5000  •  FAX (440) 891-5009
www.clevelandbrowns.com

C windows\TEMP\AppSignPage.doc

Cleveland Browns Football Company LLC
76 Lou Groza Boulevard
Berea, Ohio 44017

Application is based on *bona fide* intention to use the mark in commerce (in accordance with 15 U.S.C. 1051(b), as amended).

**Int. Class 16:**   posters, calendars, trading cards, books relating to football, magazines relating to football, newsletters relating to football, notepads, stickers, bumper stickers, pens and pencils, credit cards, note pads, paper pennants and greeting cards; tickets to sports games and events; non-magnetically coded prepaid phone cards, pens, pencils, pencil cases, rub on decorative transfers, note paper, pictorial prints, picture postcards, art pictures, stationery, envelopes, stationery-type portfolios, photo albums, scrapbook albums, ring binders, checkbook covers, tissue paper, wrapping paper, playing cards, paper table cloths, paper napkins, paper party hats, paper party invitations, paper gift cards; paper gift bags, paper gift boxes, collectible cards; collectible card and memorabilia holders, periodically issued souvenir programs for sports events



CERTIFICATE OF MAILING BY EXPRESS MAIL

APPLICATION FOR REGISTRATION

MARK: DAWG POUND AND DESIGN

Express Mail No: EH827332808US

Date of Deposit:        April 20,1999

I hereby certify that the above-identified correspondence, with is attached, is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks BOX NEW APP FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513

Kathleen O'Sullivan

\\NFLAXP01\TRADE\FORMS\MASTituapppto.doc