Exhibit B



Dockets.Justia.com















G4



G5













GT





(G-S)

Sleeve PRint



GP





HC

