UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWAII-PACIFIC APPAREL GROUP, INC., <br><br>　　　　Plaintiff/Counterclaim Defendant, <br><br>-against- <br><br>CLEVELAND BROWNS FOOTBALL COMPANY LLC and NATIONAL FOOTBALL LEAGUE PROPERTIES, INC., <br><br>　　　　Defendants/Counterclaim Plaintiffs. | Case No.: 04 CV 7863 (DC) <br><br>Judge: The Honorable Denny Chin <br><br>**CERTIFICATE OF SERVICE** |

I, Jessica A. Rose, hereby certify that on December 3, 2004, I caused copies of the ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS, CLEVELAND BROWNS FOOTBALL COMPANY LLC'S DISCLOSURE STATEMENT and NFL PROPERTIES LLC'S DISCLOSURE STATEMENT to be sent via messenger to Jay R. Butterman, Butterman & Kahn, L.L.P, 415 Madison Avenue, New York, NY 10017.

Dated:　New York, New York
　　　　December 3, 2004

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jessica A. Rose_
　　　　　　　　　　　　　　　　　　　　　　　Jessica A. Rose (JR-4300)
　　　　　　　　　　　　　　　　　　　　　　　**WHITE & CASE LLP**
　　　　　　　　　　　　　　　　　　　　　　　1155 Avenue of the Americas
　　　　　　　	　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 819-8200
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 354-8113

　　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR
　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS/COUNTERCLAIM
　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

NEWYORK 4505841 (2K)