AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Hawaii-Pacific Apparel Group, Inc.
v.
Cleveland Browns Football Co., LLC
and National Football League Properties, Inc.

APPEARANCE

Case Number: 04 CV 7863(DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cleveland Browns Football Company, LLC and National Football League Properties, Inc.

I certify that I am admitted to practice in this court.


12/10/04
Date


Signature

Robert L. Raskopf — RR-5022
Print Name — Bar Number

1155 Avenue of the Americas
Address

New York, NY 10036
City — State — Zip Code

212-819-8200   212-354-8113
Phone Number — Fax Number