AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Hawaii-Pacific Apparel Group, Inc.

v.

Cleveland Browns Football Co., LLC
and National Football League Properties, Inc.

**APPEARANCE**

Case Number: 04 CV 7863(DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cleveland Browns Football Company, LLC and National Football League Properties, Inc.

I certify that I am admitted to practice in this court.

Date

Signature

Marc E. Ackerman    MA-7185
Print Name    Bar Number

1155 Avenue of the Americas
Address

New York,    NY    10036
City    State    Zip Code

212-819-8200    212-354-8113
Phone Number    Fax Number

Dockets.Justia.com