AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

Hawaii-Pacific Apparel Group, Inc.
v.
Cleveland Browns Football Co., LLC
and National Football League Properties, Inc.

**APPEARANCE**

Case Number: 04 CV 7863(DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cleveland Browns Football Company, LLC and National Football League Properties, Inc.

I certify that I am admitted to practice in this court.

12/14/04
Date

Signature

Jennifer J. Millones          JJM-3470
Print Name                    Bar Number

1155 Avenue of the Americas
Address

New York,          NY          10036
City               State        Zip Code

212-819-8200                   212-354-8113
Phone Number                   Fax Number