Hawaii-Pacific Apparel Group, Inc. v. Cleveland Browns Football Company, LLC et al. Doc. 14

# LAW OFFICES OF CHRISTINE KAROL ROBERTS

*In Association with Morland C. Fischer*

1109 WEST TWENTY-FIRST STREET
FLORAL PARK, CA 92706
TELEPHONE 714.479.0024
FACSIMILE 714.479.0025
INTERNET WEB SITE: www.ckrobertslaw.com
INTERNET E MAIL: ckroberts@aol.com

CHRISTINE KAROL ROBERTS

*Licensed in California and Texas*

*Specializing in Intellectual Property Law*

**MEMO ENDORSED**

December 14, 2004
VIA FACSIMILE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-16-04
```

The Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 1020
New York, NY 10007

Re: Hawaii-Pacific Apparel Group, Inc. vs. Cleveland Browns Football Company, LLC and National Football League Properties
04cv7863

Dear Judge Chin:

The purpose of this letter is to request an extension of time to respond to the answer and counterclaim of defendants. The response is presently due on or before December 24, 2004. I would appreciate an extension to and including January 24, 2005. This is the first extension of time plaintiff has requested. In a telephone conference last week, counsel for defendants consented to the requested extension. Thank your for your consideration of this request.

Cordially yours,

Christine Karol Roberts

cc: Robert L. Raskopf, Esq.

Approved,
SO ORDERED,

USDJ
12/15/04

12/14/04 TUE 18:25 [TX/RX NO 5816]

Dockets.Justia.com