Exhibit C

RECYCLED

Dockets.Justia.com

# LAW OFFICES OF CHRISTINE KAROL ROBERTS

*In Association with Morland C. Fischer*

P. O. BOX 9827
BAYVIEW CENTER
NEWPORT BEACH, CA 92658
TELEPHONE 949.854.8500
FACSIMILE 949.854.8535
INTERNET WEB SITE: www.ckrobertslaw.com
INTERNET E MAIL: ckroberts@attymail.com

*CHRISTINE KAROL ROBERTS*

*Licensed in California
and Texas*

March 31, 2000

Robert L. Raskopf, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036

Re:    Hawaii-Pacific Apparel Group, Inc. - **LIL DAWG POUND**
       Registration No. 1,963,463 - March 19, 1996
       and **DAWG POUND**, Application Serial No. 74/498198

Dear Mr. Raskopf:

I represent Hawaii-Pacific Apparel Group, Inc. of Hawaii and California. As you are aware, my client is the owner of various registered trademarks and pending applications which constitute a family of **DAWG** marks, hereinafter the "Marks.". In particular, my client is the owner of the above trademark registration for the trademark **LIL DAWG POUND** in International Class 25 for clothing, namely shirts, pants, shorts, jackets and swimwear; headwear, namely caps, hats, baseball caps and sherpa hats; and footwear, namely shoes, tennis shoes and work shoes, hereinafter referred to as the "Registration." Further, my client asserts both common law and statutory rights to the mark **DAWG POUND** which is the subject of Application Serial No.74/498198, in International Class 25 for clothing, footwear and headgear.

Robert L. Raskopf, Esq.
March 31, 2000
Page 2

It has come to the attention of Hawaii-Pacific Apparel Group, Inc. that your clients, Cleveland Browns Football Company, LLC and/or your licensees or related entities are using the mark **DAWG POUND** in commerce through retail outlets and on the Internet on certain clothing items, such as t-shirts, which are covered by the Registration and my clients common law and statutory rights.

The names **DAWG POUND, LIL DAWG POUND, TOP DAWG** and Hawaii-Pacific Apparel Group, Inc.'s family of marks have become associated with Hawaii-Pacific Apparel Group, Inc. and its products. **DAWG POUND** and **LIL DAWG POUND** are employed by both the public and the clothing industry to refer to products marketed by Hawaii-Pacific Apparel Group, Inc. It is our position that your clients' use of the term **DAWG POUND** creates a likelihood of confusion with my client's Registration and its family of marks and, as such, constitutes trademark infringement, unfair competition and dilution of my client's family of marks.

On behalf of Hawaii-Pacific Apparel Group, Inc., we request that you immediately:

1.   cease and desist using the mark **DAWG POUND** or any other trade identity designation containing any of Hawaii-Pacific Apparel Group, Inc.'s marks;

2.   provide us with an accounting setting forth detailed information concerning the nature and volume of products you have sold bearing the term **DAWG POUND**;

3.   terminate any existing license agreements with third parties which permit the use of the Marks in question including **DAWG POUND** and **LIL DAWG POUND**.

4.   sign an agreement setting forth the terms on which this matter can be resolved, including payment of compensation to Hawaii-Pacific Apparel Group, Inc. for the damages arising from the above-described infringing activities of your clients.

If this matter is to be resolved amicably, we must have your compliance with the foregoing demands within ten (10) days of the date of this letter. We must receive your full cooperation with all of these demands, and any other that may become appropriate as we learn more about the nature of your infringing activities, or Hawaii-Pacific Apparel Group, Inc. will proceed to vigorously enforce its rights through the judicial system. I look forward to your early response to the matters discussed above.

Cordially,

Christine Karol Roberts

cc:    Hawaii-Pacific Apparel Group, Inc.

Exhibit D

RECYCLED

LAW
OFFICES
OF
CHRISTINE
KAROL
ROBERTS

*CHRISTINE KAROL ROBERTS*

*Licensed in California
and Texas*

In Association with Morland C. Fischer

P.O BOX 9827
BAYVIEW CENTER
NEWPORT BEACH, CA 92658
TELEPHONE 949 851 8500
FACSIMILE 929 854 8555
INTERNET WEB SITE www.ckroberlaw.com
INTERNET E-MAIL ckroberts@att-mail.com

April 25, 2000

Logo Athletic, Inc.
8677 Logo Athletic Court
Indianapolis, IN 46219

Re.     Hawaii-Pacific Apparel Group, Inc. - **LIL DAWG POUND**
        Registration No. 1,963,463 - March 19, 1996
        and **DAWG POUND**, Application Serial No. 74/498198

To whom it may concern,

I represent Hawaii-Pacific Apparel Group, Inc. of Hawaii and California. My client is the owner of various registered trademarks and pending applications which constitute a family of DAWG marks, hereinafter the "Marks". In particular, my client is the owner of the above trademark registration for the trademark **LIL DAWG POUND** in International Class 25 for clothing, namely shirts, pants, shorts, jackets and swimwear; headwear, namely caps, hats, baseball caps and sherpa hats, and footwear, namely shoes, tennis shoes and work shoes, hereinafter referred to as the "Registration." Further, my client asserts both common law and statutory rights to the mark **DAWG POUND** which is the subject of Application Serial No. 74/498198, in International Class 25 for clothing, footwear and headgear.

Logo Athletic, Inc.
April 25, 2000
Page 2

It has come to the attention of Hawaii-Pacific Apparel Group, Inc. that your company may be manufacturing and distributing for sale items embodying the mark **DAWG POUND** in commerce through retail outlets and on the Internet, for example, on certain clothing items, such as t-shirts, which are covered by the Registration and my clients common law and statutory rights.

The names **DAWG POUND, LIL DAWG POUND, TOP DAWG** and Hawaii-Pacific Apparel Group, Inc.'s family of marks have become associated with Hawaii-Pacific Apparel Group, Inc. and its products. **DAWG POUND** and **LIL DAWG POUND** are employed by both the public and the clothing industry to refer to products marketed by Hawaii-Pacific Apparel Group, Inc. It is our position that your use of the term **DAWG POUND** creates a likelihood of confusion with my client's Registration and its family of marks and, as such, constitutes trademark infringement, unfair competition and dilution of my client's family of marks.

On behalf of Hawaii-Pacific Apparel Group, Inc., we request that you immediately:

1.    cease and desist manufacturing and/or selling any items which embody and/or reflect the mark **DAWG POUND** or any other trade identity designation containing any of Hawaii-Pacific Apparel Group, Inc.'s marks;

2.    provide us with an accounting setting forth detailed information concerning the nature and volume of products you have manufactured and sold bearing the term **DAWG POUND**;

3.    terminate any existing license agreements with third parties which permit the use of the Marks in question including **DAWG POUND** and **LIL DAWG POUND**.

4.    sign an agreement setting forth the terms on which this matter can be resolved, including payment of compensation to Hawaii-Pacific Apparel Group, Inc. for the damages arising from the above-described infringing activities of your clients.

If this matter is to be resolved amicably, we must have your compliance with the foregoing demands within ten (10) days of the date of this letter. We must receive your full cooperation with all of these demands, and any other that may become appropriate as we learn more about the nature of your infringing activities, or Hawaii-Pacific Apparel Group, Inc. will proceed to vigorously enforce its rights through the judicial system. I look forward to your early response to the matters discussed above.

Cordially,

Christine Karol Roberts
cc:    Hawaii-Pacific Apparel Group, Inc.

# LAW
# OFFICES
# OF
# CHRISTINE
# KAROL
# ROBERTS

*CHRISTINE KAROL ROBERTS*

*Licensed in California
and Texas*

---

*In Association with Morland C. Fischer*

P. O. BOX 9827
BAYVIEW CENTER
NEWPORT BEACH, CA 92658
TELEPHONE 949.854.8500
FACSIMILE 949.854.8535
INTERNET WEB SITE: www.ckrobertslaw.com
INTERNET E MAIL: ckroberts@attymail.com

April 25, 2000

Puma North America, Inc.
5 Lyberty Way
Westford, MA 01886

Re:     Hawaii-Pacific Apparel Group, Inc. - **LIL DAWG POUND**
        Registration No. 1,963,463 - March 19, 1996
        and **DAWG POUND**, Application Serial No. 74/498198

To whom it may concern:

I represent Hawaii-Pacific Apparel Group, Inc. of Hawaii and California. My client is the owner of various registered trademarks and pending applications which constitute a family of **DAWG** marks, hereinafter the "Marks.". In particular, my client is the owner of the above trademark registration for the trademark **LIL DAWG POUND** in International Class 25 for clothing, namely shirts, pants, shorts, jackets and swimwear; headwear, namely caps, hats, baseball caps and sherpa hats; and footwear, namely shoes, tennis shoes and work shoes, hereinafter referred to as the "Registration." Further, my client asserts both common law and statutory rights to the mark **DAWG POUND** which is the subject of Application Serial No.74/498198, in International Class 25 for clothing, footwear and headgear.

000228

Puma North America, Inc.
April 25, 2000
Page 2

It has come to the attention of Hawaii-Pacific Apparel Group, Inc. that your company may be manufacturing and distributing for sale items embodying the mark **DAWG POUND** in commerce through retail outlets and on the Internet, for example, on certain clothing items, such as t-shirts, which are covered by the Registration and my clients common law and statutory rights.

The names **DAWG POUND, LIL DAWG POUND, TOP DAWG** and Hawaii-Pacific Apparel Group, Inc.'s family of marks have become associated with Hawaii-Pacific Apparel Group, Inc. and its products. **DAWG POUND** and **LIL DAWG POUND** are employed by both the public and the clothing industry to refer to products marketed by Hawaii-Pacific Apparel Group, Inc. It is our position that your use of the term **DAWG POUND** creates a likelihood of confusion with my client's Registration and its family of marks and, as such, constitutes trademark infringement, unfair competition and dilution of my client's family of marks.

On behalf of Hawaii-Pacific Apparel Group, Inc., we request that you immediately:

1.  cease and desist manufacturing and/or selling any items which embody and/or reflect the mark **DAWG POUND** or any other trade identity designation containing any of Hawaii-Pacific Apparel Group, Inc.'s marks;

2.  provide us with an accounting setting forth detailed information concerning the nature and volume of products you have manufactured and sold bearing the term **DAWG POUND**;

3.  terminate any existing license agreements with third parties which permit the use of the Marks in question including **DAWG POUND** and **LIL DAWG POUND**.

4.  sign an agreement setting forth the terms on which this matter can be resolved, including payment of compensation to Hawaii-Pacific Apparel Group, Inc. for the damages arising from the above-described infringing activities of your clients.

If this matter is to be resolved amicably, we must have your compliance with the foregoing demands within ten (10) days of the date of this letter. We must receive your full cooperation with all of these demands, and any other that may become appropriate as we learn more about the nature of your infringing activities, or Hawaii-Pacific Apparel Group, Inc. will proceed to vigorously enforce its rights through the judicial system. I look forward to your early response to the matters discussed above.

Cordially,

Christine Karol Roberts
cc:    Hawaii-Pacific Apparel Group, Inc.

000229

# LAW
# OFFICES
# OF
# CHRISTINE
# KAROL
# ROBERTS

*CHRISTINE KAROL ROBERTS*

*Licensed in California
and Texas*

*In Association with Morland C. Fischer*

P. O. BOX 9827
BAYVIEW CENTER
NEWPORT BEACH, CA 92658
TELEPHONE 949.854.8500
FACSIMILE 949.854.8535
INTERNET WEB SITE: www.ckrobertslaw.com
INTERNET E MAIL: ckroberts@attymail.com

April 25, 2000

Lee Sport
c/o VF Knitwear
P. O. Box 5423 - Walker Road
Martinsville, VA 24115-5423

Re:    Hawaii-Pacific Apparel Group, Inc. - **LIL DAWG POUND**
       Registration No. 1,963,463 - March 19, 1996
       and **DAWG POUND**, Application Serial No. 74/498198

To whom it may concern:

I represent Hawaii-Pacific Apparel Group, Inc. of Hawaii and California. My client is the owner of various registered trademarks and pending applications which constitute a family of **DAWG** marks, hereinafter the "Marks.". In particular, my client is the owner of the above trademark registration for the trademark **LIL DAWG POUND** in International Class 25 for clothing, namely shirts, pants, shorts, jackets and swimwear; headwear, namely caps, hats, baseball caps and sherpa hats; and footwear, namely shoes, tennis shoes and work shoes, hereinafter referred to as the "Registration." Further, my client asserts both common law and statutory rights to the mark **DAWG POUND** which is the subject of Application Serial No. 74/498198, in International Class 25 for clothing, footwear and headgear.

000230

Lee Sport
April 25, 2000
Page 2

It has come to the attention of Hawaii-Pacific Apparel Group, Inc. that your company may be manufacturing and distributing for sale items embodying the mark **DAWG POUND** in commerce through retail outlets and on the Internet, for example, on certain clothing items, such as t-shirts, which are covered by the Registration and my clients common law and statutory rights.

The names **DAWG POUND, LIL DAWG POUND, TOP DAWG** and Hawaii-Pacific Apparel Group, Inc.'s family of marks have become associated with Hawaii-Pacific Apparel Group, Inc. and its products. **DAWG POUND** and **LIL DAWG POUND** are employed by both the public and the clothing industry to refer to products marketed by Hawaii-Pacific Apparel Group, Inc. It is our position that your use of the term **DAWG POUND** creates a likelihood of confusion with my client's Registration and its family of marks and, as such, constitutes trademark infringement, unfair competition and dilution of my client's family of marks.

On behalf of Hawaii-Pacific Apparel Group, Inc., we request that you immediately:

1.    cease and desist manufacturing and/or selling any items which embody and/or reflect the mark **DAWG POUND** or any other trade identity designation containing any of Hawaii-Pacific Apparel Group, Inc.'s marks;

2.    provide us with an accounting setting forth detailed information concerning the nature and volume of products you have manufactured and sold bearing the term **DAWG POUND**;

3.    terminate any existing license agreements with third parties which permit the use of the Marks in question including **DAWG POUND** and **LIL DAWG POUND**.

4.    sign an agreement setting forth the terms on which this matter can be resolved, including payment of compensation to Hawaii-Pacific Apparel Group, Inc. for the damages arising from the above-described infringing activities of your clients.

If this matter is to be resolved amicably, we must have your compliance with the foregoing demands within ten (10) days of the date of this letter. We must receive your full cooperation with all of these demands, and any other that may become appropriate as we learn more about the nature of your infringing activities, or Hawaii-Pacific Apparel Group, Inc. will proceed to vigorously enforce its rights through the judicial system. I look forward to your early response to the matters discussed above.

Cordially,

Christine Karol Roberts

**Exhibit E**



**Copyright**    **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-578-904 (COHM)

|  |  |
|---|---|
| Title: | Rottweiler, the rage. |
| Description: | Silk-screen design. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1991 |
| Published: | 8Oct91 |
| Registered: | 13Jul93 |
| Special Codes: | 5/S |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright** | **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-783-281 (COHM)

|  |  |
|---|---|
| Title: | Dawg pound. |
| Description: | Silkscreen. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 4Sep95 |
| Registered: | 17Jun96 |
| Title on © Application: | Dawg pound (football design) |
| Special Codes: | 5/S |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

     **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

---

VA-783-326 (COHM)

|  |  |
|---|---|
| Title: | Make room 4 the dawg. |
| Description: | Silkscreen. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 28Jun95 |
| Registered: | 8May96 |
| Special Codes: | 5/S |

        **Conduct Another Search**

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright**   **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-783-317 (COHM)

|  |  |
|---|---|
| Title: | On deadly ground. |
| Description: | Silkscreen. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1994 |
| Published: | 31May94 |
| Registered: | 8May96 |
| Special Codes: | 5/S |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright**  |  **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

___

VA-783-313 (COHM)

| | |
|---|---|
| Title: | Bone crushin'. |
| Description: | Silkscreen. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1994 |
| Published: | 28Jun94 |
| Registered: | 8May96 |
| Special Codes: | 5/S |

[ Conduct Another Search ]

___

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright**    **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-789-411 (COHM)

|  |  |
|---|---|
| Title: | Bratty 1. |
| Description: | Silkscreen on T-shirt. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 24May95 |
| Registered: | 20May96 |
| Title on © Application: | Braity 1. |
| Special Codes: | 5/S |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright** | **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-783-306 (COHM)

|  |  |
|---|---|
| Title: | Power play. |
| Description: | Silkscreen. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 15Feb95 |
| Registered: | 8May96 |
| Special Codes: | 5/S |

Conduct Another Search

 **Copyright**    **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-783-308 (COHM)

| | |
|---:|:---|
| Title: | Totally ripped. |
| Description: | Silkscreen. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 15Mar95 |
| Registered: | 8May96 |
| Special Codes: | 5/S |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-783-304 (COHM)

|  |  |
|---|---|
| Title: | Down under. |
| Description: | Silkscreen. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 22Mar95 |
| Registered: | 8May96 |
| Special Codes: | 5/S |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright** | **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

---

VA-788-390 (COHM)

|  |  |
|---:|:---|
| Title: | Dawg pound. |
| Description: | Art reproduction. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 29Sep95 |
| Registered: | 14Jun96 |
| Title on © Application: | Sleeve print Dawg. |
| Special Codes: | 5/S |

    Conduct Another Search

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright** | **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

---

VA-894-183 (COHM)

|  |  |
|---|---|
| Title: | Dawg pound. |
| Description: | Silk screen. |
| Note: | Add. ti.: Dawg pound logo (short) |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 3Nov95 |
| Registered: | 17Jun96 |
| Special Codes: | 5/S |

Conduct Another Search

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-783-314 (COHM)

|                  |                                          |
|-----------------:|------------------------------------------|
|           Title: | Unlawful entry.                          |
|     Description: | Silkscreen.                              |
|        Claimant: | acHawaii Pacific Apparel Group, Inc.     |
|         Created: | 1994                                     |
|       Published: | 14Jun94                                  |
|      Registered: | 8May96                                   |
|   Special Codes: | 5/S                                      |

Conduct Another Search

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Copyright** | Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

---

VA-788-389 (COHM)

| | |
|---|---|
| Title: | Dawg pound. |
| Description: | Art reproduction. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 28Sep95 |
| Registered: | 14Jun96 |
| Title on © Application: | Sleeve print Dawg crown. |
| Special Codes: | 5/S |

[ Conduct Another Search ]

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Search Records Results**

Registered Works Database (Title Search)
**Search For:** DAWG POUND FOOTBALL JERSEY
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | VA-788-396 |
| Title: | Dawg pound. |
| Description: | Art reproduction. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 11Oct95 |
| Registered: | 14Jun96 |
| Title on © Application: | Dawg pound football jersey. |
| Special Codes: | 5/S |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

VA-789-416 (COHM)

| | |
|---|---|
| Title: | King of the turf. |
| Description: | Silkscreen on T-shirt. |
| Claimant: | acHawaii Pacific Apparel Group, Inc. |
| Created: | 1995 |
| Published: | 3Nov95 |
| Registered: | 20May96 |
| Special Codes: | 5/S |

Conduct Another Search

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Exhibit F**



# LICENSING APPROVAL

## FORM
### PRINT WITH EMBROIDERY

**RUSH**
**SPECIAL EVENTS**
**HOT MARKET**

ARTIST: _BM_
DATE SUBMITTED: _09-30-98_
REVISED BY: _____
DATE REVISED AND RESUBMITTED: _____

### APPROVALS

☐ QUALITY CONTROL:
☐ ART DIRECTOR:
☐ L.C./V.P. APPROVAL:
☐ APPROVED:
☐ APPROVED WITH CHANGES:
☐ REJECTED/PLEASE RESUBMIT:

*APPROVED*

**PMS COLORS:**

| | | |
|---|---|---|
| 1) | WHITE | ☐ |
| 2) | 466 | ☑ |
| 3) | 486 | ■ |
| 4) | 492 | ■ |
| 5) | 172 | ■ |
| 6) | 497 | ■ |
| 7) | BLACK | ■ |
| 8) | | ☐ |
| 9) | | ☐ |
| 10) | | ☐ |
| 11) | | ☐ |

### JOB INFORMATION

CODE: _7C-X9C_

TEAM NAME: _CLEVELAND BROWNS_

GRAPHIC NAME: _BAD DAWG_

GARMENT COLOR: _S_

GARMENT STYLE: _C980/C780_

EMBROIDERY



* SPECIAL COMMENTS: _____

V1

©CSA®