Hawaii-Pacific Apparel Group, Inc. v. Cleveland Browns Football Company, LLC et al.                                                                 Doc. 24

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

HAWAII-PACIFIC APPAREL GROUP,          :
INC.,
                                       :
                Plaintiff,                      ORDER
                                       :
          - against -                           04 Civ. 7863 (DC)
                                       :
CLEVELAND BROWNS FOOTBALL
                                       :
FOOTBALL LEAGUE PROPERTIES, INC.,
                                       :
                Defendants.
                                       :
- - - - - - - - - - - - - - - - - -x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/30/05

**CHIN, D.J.**

Plaintiff has filed a "First Amended Reply and Counterclaims." By letter dated February 18, 2005, defendants object, arguing that (i) a reply may not contain a counterclaim because Fed. R. Civ. P. 7(a) does not contemplate such a pleading and (ii) plaintiff's counterclaims for copyright infringement are without merit.

The objections are overruled. First, although the "more orderly procedure" would be for plaintiff to seek leave to amend its complaint to add the copyright claims, where a defendant asserts a counterclaim in its answer and the plaintiff has what would be a compulsory counterclaim, "a counterclaim in the plaintiff's reply to the defendant's counterclaim seems entirely appropriate." 5 Charles Alan Wright et al., Federal Practice & Procedure, § 1188, at 39 (3d ed. 2004). Second, defendants' arguments as to the merits of plaintiff's

copyright infringement are premature, and may be raised when the parties move for summary judgment.

SO ORDERED.

Dated:   New York, New York
         March 30, 2005

                                  _____
                                  DENNY CHIN
                                  United States District Judge

- 2 -

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 2381
CONNECTION TEL                    912123548113
CONNECTION ID
ST. TIME                 03/30 10:56
USAGE T                  01'04
PGS.                     3
RESULT                   OK
```



## FACSIMILE TRANSMISSION FROM:

### DENNY CHIN
United States District Judge

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

Telephone: (212) 805-0200

Facsimile: (212) 805-7906

Date: 3/30/05

Time: _____

To: Robert Raskopf, Esq.

Firm: _____

Fax No. 212-354-8113

Message: ( ** YOU ARE REQUIRED TO FAX COPIES OF THIS