```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

HAWAII-PACIFIC APPAREL GROUP,        :
INC.,
                                     :
              Plaintiff,
                                     :      ORDER
     - against -
                                     :      04 Civ. 7863 (DC)

CLEVELAND BROWNS FOOTBALL            :
COMPANY LLC and NATIONAL
FOOTBALL LEAGUE PROPERTIES, INC.,    :

              Defendants.            :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 9, 2005

**CHIN, D.J.**

By letter dated June 9, 2005, defendants seek permission to serve and file their motion for summary judgment in hard copy, rather than electronically, due to the voluminous materials. Defendants also seek permission to file certain of the motion papers under seal.

(1) The request to file the summary judgment papers in hard copy rather than electronically is GRANTED.

(2) The request to file certain motion papers under seal is DENIED except that any exhibits of a confidential nature may be submitted to chambers and omitted from the motion papers. The declarations and the Rule 56.1 statement may not be filed under seal.

SO ORDERED.

Dated:  New York, New York
        June 9, 2005

                                   DENNY CHIN
                                   United States District Judge

```
                    **********************
                    ***   TX REPORT    ***
                    **********************

      TRANSMISSION OK

      TX/RX NO               0292
      RECIPIENT ADDRESS      912123548113
      DESTINATION ID
      ST. TIME               06/09 17:47
      TIME USE               01'01
      PAGES SENT             2
      RESULT                 OK
```



**FACSIMILE TRANSMISSION FROM:**

**DENNY CHIN**
United States District Judge

Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312

Telephone: (212) 805-0200                    Facsimile: (212) 805-7906

Date: _6/9/05_                               Time: _____

To: _Jennifer Johnson Millones, Esq._

Firm: _____

Fax No. _212-354-8113_

Message: ** YOU ARE REQUIRED TO FAX COPIES OF THE ATTACHED
DOCUMENT TO ALL COUNSEL OF RECORD IN THIS CASE **