UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HAWAII-PACIFIC APPAREL GROUP, INC.** ) <br> ) <br> 3037 Vail Avenue ) <br> Los Angeles, California 90040, ) <br> ) <br>     Plaintiff/Counterclaim Defendant/ ) <br>     Counterclaim Plaintiff, ) <br> vs. ) <br> ) <br> **CLEVELAND BROWNS FOOTBALL COMPANY, LLC** ) <br> 76 Lou Groza Boulevard ) <br> Berea, Ohio 44017 ) <br> ) <br> and ) <br> ) <br> **NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.** ) <br> 280 Park Avenue ) <br> New York, New York 10017, ) <br> ) <br>     Defendants/Counterclaim Plaintiffs/ ) <br>     Counterclaim Defendants. ) | Case No. 04 CV 7863 (DC) <br><br> Judge: <br> **The Honorable Denny Chin** |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
### ON PRIORITY OF USE IN INTERSTATE COMMERCE

NOW COMES the Plaintiff, HAWAII-PACIFIC APPAREL GROUP, INC. ("HP"), through counsel, pursuant to Fed. R. Civ. P. 56(a), for its Motion for Partial Summary Judgment on the issue of Priority of Use, opposing the claim of priority asserted herein by Defendants CLEVELAND BROWNS FOOTBALL COMPANY, LLC ("the Browns"), and NATIONAL FOOTBALL LEAGUE PROPERTIES, LLC, as successors-in-interest to NATIONAL FOOTBALL LEAGUE PROPERTIES, INC. ("NFLP"), would respectfully state and show as follows:

1. There are no material facts in dispute with respect to the issue of the priority of use in interstate commerce with respect to the trademark in suit, and Plaintiff is entitled to judgment as a matter of law on that issue.

2. Filed herewith and in support hereof are Plaintiff's Statement of Material Facts Not In Dispute and a memorandum of points and authorities in support of the relief sought, together with a volume of exhibits.

WHEREFORE, Plaintiff moves that partial judgment be entered in its favor on the issue of priority of use in interstate commerce of the trademarks in dispute and that Plaintiff be awarded such other and additional relief as may be just and proper.

> Respectfully submitted,
>
> /s/ Christine Karol Roberts
> _____
> Christine Karol Roberts, CR 0669
> Law Offices of Christine Karol Roberts
> 1109 West Twenty-first Street
> Floral Park, California 92706
> Telephone: 714.479.0024
>
> Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I, CHRISTINE KAROL ROBERTS, do hereby certify that a copy of the foregoing motion was served on opposing counsel this 10th day of June 2005, by mailing a copy of the same, via prepaid Federal Express and by electronic transmission, to the following addressee:

Robert L. Raskopf, Esquire  
White & Case, L.L.P.  
1155 Avenue of the Americas  
New York, New York  10036-2787

                                         /s/ Christine Karol Roberts  
                                         _____  
                                         Christine Karol Roberts