From: Christine Karol Roberts    Date: 6/22/2005  Time: 12:38:48 PM

LAW
OFFICES
OF
CHRISTINE
KAROL
ROBERTS

Of Counsel to Morland C. Fischer

1109 WEST TWENTY-FIRST STREET
FLORAL PARK, CA 92706
TELEPHONE 714.479.0024
FACSIMILE 714.479.0025
INTERNET WEB SITE: www.ckrobertslaw.com
INTERNET E MAIL: ckroberts@aol.com



*CHRISTINE KAROL ROBERTS*

*Licensed in California
and Texas*

*Specializing in Intellectual Property Law*

**MEMO ENDORSED**

June 22, 2005 -VIA FACSIMILE

The Honorable Denny Chin
United States District Judge
United States District Court
500 Pearl Street - Room 1020
New York, NY 10007

Re: Hawaii-Pacific Apparel Group, Inc. vs. Cleveland Browns Football Company, LLC and National Football League Properties - 04cv7863

Dear Judge Chin:

This letter is to request that Plaintiff be permitted to file its exhibits attached to Plaintiff's opposition to Defendants' motion for partial summary judgment which is presently due to be filed and served on July 8, 2005 in hard copy directly with Chambers. While Plaintiff plans to file its opposition brief electronically on July 8, 2005, the requested hard copy filing with Chambers is necessitated by the designation by Defendants as confidential certain of the exhibits to be attached and the prior difficulty incurred in attempting to file large image exhibits via the ECF system. Plaintiff intends to serve Defendants with its opposition and exhibits via Federal Express for delivery on Saturday, July 9, 2005. The parties will likely exchange their opposition briefs via e mail on July 8, 2005.

Thank you for your consideration of the matters set forth above.

Approved
SO ORDERED.
6/27/05

Hawaii-Pacific Apparel Group v. Cleveland Browns Football Company, LLC et al    Doc. 42

The Honorable Denny Chin
June 22, 2005
Page 2

Cordially yours,

*Christine Karol Roberts*

Christine Karol Roberts

cc:   Robert L. Raskopf

C:\WP51\HPAG\SHEP1216.LTR