UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAWAII-PACIFIC APPAREL GROUP, INC., | Case No.: 04 CV 7863 (DC) |
| Plaintiff/Counterclaim Defendant, | |
| -against- | |
| CLEVELAND BROWNS FOOTBALL COMPANY LLC and NATIONAL FOOTBALL LEAGUE PROPERTIES, INC., | |
| Defendants/Counterclaim Plaintiffs. | |

## SUPPLEMENTAL LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PRIORITY OF USE IN INTERSTATE COMMERCE[*]

Robert L. Raskopf (RR-5022)
Jennifer J. Millones (JM-3470)
Jessica A. Rose (JR-4300)
**WHITE & CASE**LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
E-mail: rraskopf@whitecase.com
E-mail: jmillones@whitecase.com
E-mail: jarose@whitecase.com

---

[*]    Defendants have filed this document electronically.

In accordance with Local Civil Rule 56.1, Defendant/Counterclaim Plaintiff Cleveland

Browns Football Company LLC and NFL Properties LLC, as successor-in-interest to

Defendant/Counterclaim Plaintiff National Football League Properties, Inc. ("NFLP") by their

attorneys, White & Case LLP, hereby submit the following additional facts as to which there

exists no genuine issue of material fact for trial.

### THE QUALITY CONTROL PROCEDURES
### OF NATIONAL FOOTBALL LEAGUE
### PROPERTIES, INC.

42.    NFLP granted the right to use the trademarks of the NFL and its Member Clubs to

third parties via Licensing Agreements.  With regard to quality control, the Licensing

Agreements routinely state:

> All Licensed Products and their packaging must receive quality control approval
> by NFLP.  All Licensed Products will meet uniform standards of high quality,
> style, construction, and appearance set by NFLP.  Licensee agrees that it will sell
> no Licensed Products unless an NFLP Licensed Product Quality Control
> Approval Form ("Product Approval Form") for that Product has been signed by
> NFLP, returned to Licensee, and remains in full force and effect.  The following
> conditions and procedures will govern NFLP's issuance of Product Approval
> Forms:
>
> (a)    Licensee will supply within 10 days of any request by NFLP, at no charge
>        to NFLP, such reasonable number of samples of Licensed Products and
>        their packaging as NFLP may require.
>
> (b)    At NFLP's request, Licensee will present its complete line of Licensed
>        Products to NFLP at a mutually agreeable time, date, and site.
>
> (c)    NFLP will make best efforts to evaluate Licensed Product submissions
>        within 45 days of their receipt by NFLP.
>
> (d)    Licensee will not deviate from the standards of quality of samples upon
>        which Product Approval Forms are based.  Departure from such quality
>        standards constitutes breach of a material term of this License.  NFLP may
>        purchase at Licensee's expense any Licensed Products found in the
>        marketplace which in NFLP's judgement [sic] are inconsistent with
>        approved quality standards and bill such costs to Licensee.  Licensee must
>        also pay all Royalties otherwise consistent with approved quality
>        standards.
>
> (e)    Product Approval Forms must be renewed annually by NFLP pursuant to
>        the terms and conditions set forth above.

(McDowell Decl. ¶ 54.)

43.     NFLP and its licensees followed the quality control procedure set forth in the

applicable Licensing Agreement.  (McDowell Decl. ¶ 55.)

## HP'S AGREEMENT WITH OWNER OF
## DEPUTY DAWG TRADEMARK

44.     HP agreed to refrain from using its TOP DAWG mark on certain goods and

services to avoid litigation with the owner of the DEPUTY DAWG trademark.  (Tracy Decl.

Ex. F.)

Dated: New York, New York
       July 8, 2005

                                        Respectfully submitted,


                                        Robert L. Raskopf (RR-5022)
                                        Jennifer J. Millones (JM-3470)
                                        Jessica A. Rose (JR-4300)
                                        **WHITE & CASE**LLP
                                        1155 Avenue of the Americas
                                        New York, New York  10036
                                        Telephone:  (212) 819-8200
                                        Facsimile:  (212) 354-8113


                                        ATTORNEYS FOR
                                        DEFENDANTS/COUNTERCLAIM
                                        PLAINTIFFS