## CERTIFICATE OF SERVICE[*]

I certify that I caused the following documents to be filed electronically on July 8, 2005:

1) Memorandum of Law in Opposition to Plaintiff's Motion for Partial Summary Judgment on Priority of Use in Interstate Commerce;

2) Defendants' Responses to Plaintiff's Statement of Material Facts Not In Dispute Re: Motion for Partial Summary Judgment on Priority;

3) Supplemental Local Civil Rule 56.1 Statement Of Material Facts In Opposition To Plaintiff's Motion For Partial Summary Judgment On Priority Of Use In Interstate Commerce;

4) Supplemental Declaration of Ann McDowell;

5) Supplemental Declaration Of Marques Tracy with accompanying exhibit; and

6) Supplemental Declaration of David M. Proper

Accordingly, transmission of the Clerk's Notice of Electronic Filing of the above documents shall constitute service of such documents upon Christine Karol Roberts, Esq., Law Offices of Christine Karol Roberts, attorney for Plaintiff/Counterclaim Defendant, whose address is 1109 West Twenty-First Street, Floral Park, California 92706.

_____
Jennifer J. Millones

---

[*] Defendants have filed this document electronically.