02/21/2006 13:09 FAX  212 702 8200   QUINN EMANUEL         ☒002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAWAII-PACIFIC APPAREL GROUP, INC. )
)
      Plaintiff, )
)
  v. )
)
) Civil Action No. 04 Civ. 7863 (DC)
CLEVELAND BROWNS FOOTBALL
COMPANY LLC and NATIONAL
FOOTBALL LEAGUE PROPERTIES, INC. )
)
      Defendants. )
)

---

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendants Cleveland Browns Football Company LLC and National Football League Properties, Inc. hereby give notice that Quinn Emanuel Urquhart Oliver & Hedges, LLP is being substituted as its counsel, replacing White & Case LLP, in the above-captioned proceeding.

Respectfully submitted,

Marc E. Ackerman (7185)     Robert L. Raskopf (5022)
WHITE & CASE LLP       QUINN EMANUEL URQUHART OLIVER
1155 Avenue of the Americas    & HEDGES, LLP
New York, New York 10036    335 Madison Avenue, 17th Floor
212-819-8200         New York, New York 10017
              212-702-8185

60429/1833636.1

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing Notice of Substitution of Counsel is being delivered by mail on this 22nd day of February, 2006 to counsel, as follows:

Christine Karol Roberts, Esq.
Law Offices of Christine Karol Roberts
1109 West Twenty-First Street
Floral Park, CA 92706

_____
Robert L. Raskopf