Hawaii-Pacific Apparel Group, Inc. v. Cleveland Browns Football Company, LLC et al   Doc. 50

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100

WRITER'S DIRECT DIAL NO.
212/849-7254

# MEMO ENDORSED

WRITER'S INTERNET ADDRESS
jessicarose@quinnemanuel.com

September 14, 2006

VIA FACSIMILE

The Honorable Denny Chin
United States District Judge
500 Pearl Street, Room 1020
New York, New York 10007

Re: Hawaii-Pacific Apparel Group, Inc. vs. Cleveland Browns Football Company, LLC and National Football League Properties—04 CV 7863 (DC)

Dear Judge Chin:

In a letter to Your Honor dated September 2, 2006, counsel for Plaintiff/Counterclaim-Defendant Hawaii-Pacific Apparel Group, Inc. ("HP") notified the Court that the parties are on track to settle this matter. As it stands today, settlement documents are being drafted and should be finalized in the coming weeks.

At the scheduling conference on February 24, 2006, Your Honor ordered discovery in this matter to close on September 15, 2006. We write to respectfully request that Your Honor stay the close of discovery for thirty days. Counsel for HP joins in this request.

*Approved.*
*So Ordered*

Respectfully submitted,

Jessica A. Rose

USDJ 9/15/06

cc: Robert L. Raskopf, Esq.
    Christine Karol Roberts, Esq.

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100
SAN DIEGO | 4445 Eastgate Mall, Suite 200, San Diego, California 92121 | TEL 858-812-3100 FAX 858-812-3336