```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

HAWAII-PACIFIC APPAREL GROUP, INC.,:

                Plaintiff,        :

     - against -                   :    ORDER

CLEVELAND BROWNS FOOTBALL COMPANY, :    04 Civ. 7863 (DC)
LLC and NATIONAL FOOTBALL LEAGUE
PROPERTIES,                        :

                Defendants.       :

- - - - - - - - - - - - - - - - - - -x

CHIN, D.J.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/06

It having been reported to this Court that the above entitled action has been settled,

IT IS ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within 45 days of the date of this order, either party may apply by letter within the 45-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         September 28, 2006

                                    DENNY CHIN
                                    United States District Judge

Hawaii-Pacific Apparel Group, Inc. v. Cleveland Browns Football Company, LLC et al                                      Doc. 51