UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HAWAII-PACIFIC APPAREL GROUP, INC.,

   Plaintiff/Counterclaim Defendant,

-against-

CLEVELAND BROWNS FOOTBALL COMPANY LLC and NATIONAL FOOTBALL LEAGUE PROPERTIES, INC.,

   Defendants/Counterclaim Plaintiffs.

Case No.: 04 CV 7863 (DC)

**FINAL JUDGMENT BY CONSENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/06

This Final Judgment By Consent Against Plaintiff/Counterclaim Defendant Hawaii Pacific Apparel Group, Inc. ("Final Judgment") is ordered by the Court as of the date indicated below, and consented to by Defendants/Counterclaim Plaintiffs Cleveland Browns Football Company LLC ("Browns") and NFL Properties LLC ("NFLP"), as successor-in-interest to Defendant/Counterclaim Plaintiff National Football League Properties, Inc. and Plaintiff/Counterclaim Defendant Hawaii-Pacific Apparel Group, Inc. ("HP").

    WHEREAS, on or about October 6, 2004, HP commenced an action in the United States District Court for the Southern District of New York (the "Court"), entitled <u>Hawaii-Pacific Apparel Group, Inc. v. Cleveland Browns Football Company LLC and National Football League Properties, Inc.</u>, Civil Action 04 CV 7863 (DC) (the "Action"), alleging that the Browns' and NFLP's use of the designation "DAWG POUND" constitutes, <u>inter alia</u>, federal trademark infringement;

Hawaii-Pacific Apparel Group, Inc. v. Cleveland Browns Football Company LLC et al    Doc. 52

WHEREAS, on or about December 3, 2004, the Browns and NFLP filed and served an Answer, Affirmative Defenses and Counterclaims, alleging that HP's use of the designation "DAWG POUND" and "LIL DAWG POUND" constitutes, inter alia, federal trademark infringement;

WHEREAS, on or about February 11, 2006, HP filed and served a First Amended Reply And Counterclaims for Copyright Infringement;

WHEREAS, HP and the Browns and NFLP wish to resolve their dispute without the necessity of further litigation.

NOW, THEREFORE, upon the foregoing and the consent of the parties hereto and their undersigned attorneys, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That this action be and is hereby dismissed with prejudice.

2. This Court has jurisdiction over the parties and over the subject matter of this dispute and shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Final Judgment, or for resolving any dispute arising thereunder.

3. Each party shall bear its own costs and disbursements.

4. There shall be no appeal herefrom.

SO ORDERED:

Dated: 12/22/06

_____
United States District Judge Denny Chin

Entry of the foregoing Final Judgment by Consent is hereby consented to by:

HAWAII-PACIFIC APPAREL GROUP, INC.,

By: _____
Donald Shepherd
Chief Executive Office

LAW OFFICES OF CHRISTINE KAROL ROBERTS
Attorneys for Hawaii-Pacific Apparel Group, Inc.

By: _____
Christine Karol Roberts (CR-0669)
1109 West 21st Street
Floral Park, CA 92706
(714) 479-0024

NFL PROPERTIES LLC

By: _____
Gary Gertzog
Senior Vice President and General Counsel

CLEVELAND BROWNS FOOTBALL COMPANY LLC

By: _____

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Attorneys for Cleveland Browns Football Company LLC and NFL Properties, LLC, as successor-in-interest to Plaintiff National Football League Properties, Inc.,

By: _____
Robert L. Raskopf (RR-5032)
Jessica A. Rose (JR-4300)
51 Madison Ave, 22nd Floor
New York, New York 10010
(212) 849-7000